<u>**UNPUBLISHED**</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 09-6093**

UNITED STATES OF AMERICA,

    Plaintiff - Appellee,

  v.

AJAMU SAWANDI OSBORNE, a/k/a David K. Smith,

    Defendant - Appellant.

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond. James R. Spencer, Chief District Judge. (3:98-cr-00322-JRS-1)

Submitted: July 23, 2009    Decided: July 29, 2009

Before WILKINSON and AGEE, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Ajamu Sawandi Osborne, Appellant Pro Se. Norval George Metcalf, Assistant United States Attorney, Richmond, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Ajamu Sawandi Osborne appeals the district court's order granting in part his 28 U.S.C. § 3582(c) (2006) motion. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. Osborne, No. 3:98-cr-00322-JRS-1 (E.D. Va. Oct. 17, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED